UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JESSICA TORRES, AS ADMINISTRATIOR OF
THE ESTATE OF EDWIN JUNIOR
CARRINGON,

                                        Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER
AARON KRULIK, SGT. SHUMON MAHBUB,
and LT HENNESSY,

                                        Defendants.

------------------------------------------------------------- x

**DECLARATION OF ELISSA B.**
**JACOBS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT**

09 CV 9357 (LGS)

 

 

    **ELISSA B. JACOBS**, pursuant to 28 U.S.C. § 1746 and subject to the penalty of
perjury, declares that the following is true and correct:

    1.    I am an Assistant Corporation Counsel in the office of Zachary W. Cater,
Corporation Counsel of the City of New York, attorney for defendants The City of New York,
Aaron Krulik, Shumon Mahbub and Brian Hennessy.  As such, I am familiar with the facts and
circumstances of this action.  This declaration is submitted to put forth certain documents before
the Court in support the defendants' motion to dismiss.

    2.    Annexed hereto as Exhibit "A" is the transcript of the deposition of
Johnny Banks, dated September 13, 20122 and September 20, 2012, 2010.  Johnny Banks,
Edwin Carrington's uncle, was arrested at the same time as Carrington and held with Carrington
in Queens Central Booking.

    3.    Annexed hereto as Exhibit "B" is the transcript of the deposition of
Deputy Inspector Brian Hennessy, dated September 7, 2012.  Inspector Hennessy made the
decision to arrest Carrington on April 17, 2009.

    4.    Annexed hereto as Exhibit "C" is the transcript of the deposition of
Officer Aaron Krulik, dated August 21, 2012.  Officer Krulik responded to the scene of the
shooting on April 17, 2009 and was the assigned arresting officer.

5.    Annexed hereto as Exhibit "D" is the transcript of the deposition of Sergeant Shumon Mahbub, dated August 22, 2012.  Sgt. Mahbub responded to the scene of the shooting on April 17, 2009.

6.    Annexed hereto as Exhibit "E" is the transcript of the deposition of Lucinda Norman, dated March 2, 2009.  Norman, Carrington's Aunt, was present in the apartment on April 17, 2009.

7.    Annexed hereto as Exhibit "F" is the transcript of the deposition of Francesco Lorenzo, dated October 11, 2012.  Lorenzo was Carrington's co-worker and interacted with him in the days after he was released from custody prior to his death.

8.    Annexed hereto as Exhibit "G" is the transcript of the deposition of plaintiff's expert, Wilfredo Talavera, dated November 30, 2012.

9.    Annexed hereto as Exhibit "H" is the transcript of the deposition of Paula Delrosso, a senior investigator at the New York City Department of Health, Bureau of Communicable Diseases, dated August 28, 2012.

10.    Annexed hereto as Exhibit "I" is a copy of the arrest report for Carrington showing that he was arrested for Obstructing Governmental Administration and a violation of Criminal Procedure Law § 130.50, failure to appear for a summons.

11.    Annexed hereto as Exhibit "J" is the transcript of proceedings in Queens Criminal Court on April 19, 2009, where Carrington's warrants were dismissed.

12.    Annexed hereto as Exhibit "K" is a copy of the death certificate for Edwin Carrington.

13.    Annexed hereto as Exhibit "L" is a copy of the autopsy report for Edwin Carrington.

14.     Annexed hereto as Exhibit "M" is a copy of Defendant's Response to Mag. Judge Francis's Order of January 18, 2011, dated March 17, 2011

Dated:          New York, New York
                November 25 , 2015


_____
Elissa B. Jacobs
Assistant Corporation Counsel